UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS<br>MUTUAL PROTECTION AND INDEMNITY<br>ASSOCIATION, INC. | CIVIL ACTION<br><br>NO. 05-6480 |
| VERSUS | |
| MURPHY OIL USA, INC. | SECTION "L" (1) |

## ORDER

Before the Court is Defendant Murphy Oil USA, Inc.'s Motion for Summary Judgment (Rec. Doc. 16). In the present motion, the Defendant asks the Court to determine that various attorneys' fees incurred in underlying lawsuits were necessary and reasonable as a matter of law. The Plaintiff argues, however, that some of these fees were unnecessary and unreasonable. This dispute is a factual one, rendering summary judgment inappropriate. For this reason, and for the additional reasons stated on the record during oral argument on December 20, 2006, IT IS ORDERED that the Defendant's motion is DENIED.

New Orleans, Louisiana, this   3rd   day of January, 2007.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE