UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOC., INC. | CIVIL ACTION |
| VERSUS | NO. 05-6480 |
| MURPHY OIL USA, INC. | SECTION: L |

O R D E R

The Court, after considering the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendation entered on August 3, 2007, hereby approves said Report and Recommendation and adopts same as its opinion herein.

It is further Ordered that counsel shall confer and submit to the Court a joint proposed form of judgment not later than September 5, 2007.

New Orleans, Louisiana, this 20th day of August, 2007.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**